IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:11CR3088 |
| vs. | |
| PHILLIP D. HATTEN, | ORDER |
| Defendant. | |

Defendant's oral motion, (Filing No. 64), is granted as follows:

1) Defendant shall be released from custody to return to his personal residence.

2) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, Chief United States District Judge, in the Special Proceedings Courtroom of the United States Courthouse, Omaha, Nebraska, at 10:00 a.m. on May 21, 2020

3) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:
   a. Defendant shall immediately obtain a drug and alcohol evaluation.
   b. Defendant shall immediately obtain verifiable employment.
   c. Defendant shall submit to random drug testing and shall not in any way tamper with or attempt to alter his testing results.

February 20, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge