IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PHILLIP D. HATTEN,<br><br>        Defendant. | **4:11CR3088**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Hearing (filing 68) is granted.

2. Defendant Phillip D. Hatten's violation of supervised release hearing is continued to November 19, 2020, at 11:30 a.m., before the undersigned Chief United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 17th day of August, 2020.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Chief United States District Judge