IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>PHILLIP D. HATTEN,<br><br>                Defendant. | **4:11CR3088**<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to review detention, (Filing No. 102), is granted.

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing the following:

    a) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 10:00 a.m. on March 31, 2022

    b) Upon release, Defendant shall

        i. Begin looking for employment immediately, and he shall promptly provide information to confirm his success or efforts in locating employment upon the request of his supervising officer.

        ii. Complete the drug treatment program recommended by his treatment provider and/or as directed by his supervising officer.

3) Defense counsel shall communicate with the Marshal to arrange for Defendant's release from custody on February 16, 2022.

February 15, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge