IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:11-CR-3088 |
| vs. | ORDER |
| PHILLIP D. HATTEN, | |
| Defendant. | |

IT IS ORDERED:

1. The government's motion to dismiss (filing 108) is granted.

2. The operative petition for offender under supervision (filing 97) is dismissed.

3. The July 27, 2022 hearing is cancelled.

Dated this 20th day of July, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge